NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**LEONID MIKITYANSKIY,**
*Plaintiff-Appellant,*

**v.**

**THERMIONICS, INC.,**
*Defendant-Appellee.*

---

2012-1406

---

Appeal from the United States District Court for the Central District of Illinois in Case No. 11-CV-3006, Judge Richard Mills.

---

**JUDGMENT**

---

LEONID G. MIKITYANSKIY, Law Offices of Leo Mikityanskiy, P.C., of Brooklyn, New York, argued for plaintiff-appellant.

STEPHEN M. SCHAETZEL, McKeon, Meunier, Carlin & Curfman, LLC, of Atlanta, Georgia, argued for defendant-appellee. With him on the brief was ROBIN L. GENTRY.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, PROST, and O'MALLEY, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| December 21, 2012 | /s/ Jan Horbaly |
|---|---|
| Date | Jan Horbaly |
| | Clerk |